UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: **10-61981-CIV-MORENO**

ARVIS WILLIAMS,

    Plaintiff,

vs.

JOE FRANCO & TOMMY FRANCO,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ORDER DISMISSING COMPLAINT

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Complaint (**D.E. No. 1**), filed on **October 18, 2010**. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 6**) on **November 8, 2010**, and no objections were filed. The Court has reviewed the entire file and record and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation (**D.E. No. 6**) is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    Plaintiff's Complaint (D.E. No. 1) is DISMISSED for failure to state a claim upon which relief can be granted.

(2)    This case is CLOSED and all pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of November, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record